UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MIAMI

CASE NO. 1:17-cv-20380-UU

LUIS ALBERTO MATOS PRADA and all
Others similarly situated under 29 U.S.C.
216(b),

      Plaintiffs,

-vs-

CUBA TOBACCO CIGAR, CO. a/k/a
TABACALERA LAS VILLAS CIGAR, CO.,
TABACALERA BELLO USA, CO.,
LA CASA DEL TABACO CO.,
LA CASA DE LA TROVA CO.,
LA ZORRA Y EL CUERVO INC.,
PEDRO D. BELLO

      Defendants.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

Defendants Cuba Tobacco Cigar, Co. and Pedro Bello hereby move, pursuant to Federal

Rule of Civil Procedure 6(b)(1)(A) and Southern District of Florida Local Rule 7.1, for a brief

enlargement of time within which for Defendants to file a response (by answer or by motion) to

Plaintiff's Complaint. In support of their motion, Defendants state:

1.     This lawsuit was filed on January 27, 2017 and was served upon Defendants on or

about February 9, 2017.

2.     Defendant's response to the Complaint is presently due on March 2, 2017.

3.     Good cause exists for a brief two week extension of time until March 15, 2017 for

Defendants to respond to the Complaint. The undersigned counsel was just recently retained and

needs the additional time to confer with his clients and prepare their defenses (either by motion or by pleading). Also, the undersigned attorney was ill for part of the time since the action was filed.

4.     The undersigned attorney has conferred with Plaintiff's counsel who does not oppose the requested extension of time.

5.     Defendants have made no previous request for an extension of time.

6.     No case deadline would be affected by the relief requested.

7.     No party would be prejudiced.

8.     This motion is filed in good faith and not for the purpose of delay.

9.     A proposed Order is attached hereto as an exhibit.

WHEREFORE, Defendants Cuba Tobacco Cigar, Co. and Pedro Bello hereby move for a brief enlargement of time within which for Defendants to file a response (either a motion or a pleading) to Plaintiff's Complaint, until March 15, 2017.

Dated: February 27, 2017.

Respectfully submitted,

*/s/ Orion G. Callison, III, Esq.*
Orion G. Callison, III, Esq. (Fla. Bar No. 0005223)
orion@aglawpa.com
LAW OFFICE OF ALEXIS GONZALEZ, P.A.
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
Telephone: (305) 223-9999
Facsimile: (305) 223-1880

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served electronically on this date by the CM/ECF system on all counsel or parties of record on the Service List below

*<u>/s/ Orion G. Callison, III, Esq.</u>*
Orion G. Callison, III (Fla. Bar No. 0005223)

## <u>SERVICE LIST</u>

Jamie H. Zidell
J.H. Zidell P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 305-865-7167
Email: ZABOGADO@AOL.COM

Joshua Howard Sheskin
J.H. Zidell P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 305-865-7167
Email: jsheskin.jhzidellpa@gmail.com

Neil Tobak
J.H. Zidell P.A.
300 71st Suite 605
Miami Beach, FL 33141
305-773-3269
Email: ntobak.zidellpa@gmail.com