UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-20380-UU

LUIS ALBERTO MATOS PRADA,

    Plaintiff,

v.

CUBA TOBACCO CIGAR, CO., *et al.*,

    Defendants.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Motion for Extension of Time to Respond to Complaint. D.E. 15.

THE COURT has considered the Motion, the pertinent portions of the record and is otherwise fully advised in the premises. It is hereby

ORDERED and ADJUDGED that Motion for Extension of Time to Respond to Complaint (D.E. 15) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 27th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf