UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:17-cv-20380-UU

LUIS ALBERTO MATOS PRADA,

    Plaintiff,

v.

CUBA TOBACCO CIGAR, CO., *et al.*,

    Defendants.

_____/

## ADMINISTRATIVE ORDER

THIS CAUSE comes before the Court upon a *sua sponte* examination of the record.

The Court is fully advised in the premises. It is hereby

ORDERED AND ADJUDGED that this case is CLOSED for administrative purposes as to Judge Ungaro's docket ONLY.

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc:
counsel of record via cm/ecf