UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20380-CIV-O'SULLIVAN
[CONSENT]

LUIS ALBERTO MATOS PRADA,

     Plaintiff,

v.

CUBA TOBACCO CIGAR, CO., et al.,

     Defendants.

_____/

## ORDER

THIS MATTER is before the Court on the Consent to Exercise Jurisdiction by a United States Magistrate Judge (DE # 24, 4/6/17) signed by United States District Court Judge Ungaro.  Accordingly, it is

ORDERED AND ADJUDGED that the this case is set for a status hearing on **Wednesday, April 26, 2017, at 2:30 PM**  before the undersigned in the C. Clyde Atkins United States District Court, 301 N. Miami Avenue, Fifth Floor, Miami, Florida, 33128. **The parties shall be prepared to discuss a trial date at the status conference.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 6th day of April, 2017.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record