UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20380-CIV-O'SULLIVAN

[CONSENT CASE]

| | |
|---|---|
| LUIS ALBERTO MATOS PRADA and all others similarly situated under 29 U.S.C. 216(b), <br><br>      Plaintiffs, <br>   vs. <br><br> CUBA TOBACCO CIGAR, CO. a/k/a TABACALERA LAS VILLAS CIGAR, CO., TABACALERA BELLO USA, CO., LA CASA DEL TABACO CO., LA CASA DE LA TROVA CO., LA ZORRA Y EL CUERVO INC., PEDRO D. BELLO, <br><br>      Defendants. <br> _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF ACCEPTING SERVICE AS TO DEFENDANTS, TABACALERA BELLO USA, CO., LA CASA DEL TABACO CO., LA CASA DE LA TROVA CO., AND LA ZORRA Y EL CUERVO INC.**

**COME(S) NOW** the undersigned counsel and notices the Court that on April 25, 2017, via email, Defense Counsel, Orion G. Callison, III, Esq., has agreed to accept service on behalf of Defendants, TABACALERA BELLO USA, CO., LA CASA DEL TABACO CO., LA CASA DE LA TROVA CO., and LA ZORRA Y EL CUERVO INC, effective April 26, 2017. Therefore, a responsive pleading or a motion directed to the pleadings will come due on May 17, 2017 (twenty-one (21) days from April 26, 2017). Defense counsel has advised he will be in trial for part of that time and may later need to seek an extension.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605

          MIAMI BEACH, FLORIDA 33141
          305-865-6766
          305-865-7167

          By:_s/ Rivkah F. Jaff, Esq.
            Rivkah F. Jaff, Esquire
            Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 4/25/17 TO:**

**ORION G. CALLISON , III, ESQ.**
**LAW OFFICE OF ALEXIS GONZALEZ, P.A., SUITE 3E**
**3162 COMMODORE PLAZA**
**COCONUT GROVE, FL 33133**
**PH: 305-223-9999**
**FAX: 305-223-1880**
**EMAIL: ORION@AGLAWPA.COM**

   **BY:___/s/___Rivkah Jaff_____**
      **RIVKAH JAFF, ESQ.**