IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20380-CIV-O'SULLIVAN
[CONSENT]

LUIS ALBERTO MATOS PRADA,

    Plaintiff,
v.

CUBA TOBACCO CIGAR, CO., et al.,

    Defendants.
_____/

### ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE

This case is set for jury trial commencing **June, 25, 2018** before United States Magistrate Judge John J. O'Sullivan at the C. Clyde Atkins United States District Court, 301 N. Miami Avenue, Fifth Floor, Miami, Florida, 33128. All parties are directed to report to the calendar call at **10:00 A.M.** on **June 20, 2018**, at which time all matters relating to the scheduled trial date may be brought to the attention of the Court. A final pretrial conference as provided for by Rule 16, Fed. R. Civ. P., and Rule 16.1(C), S.D. Fla. L.R., is scheduled for **May 23, 2018** at **10:00 A.M.** A bilateral pretrial stipulation and all other pretrial preparations shall be completed **NO LATER THAN ONE WEEK PRIOR TO THE PRETRIAL CONFERENCE.** Any and all pretrial motions, including motions for summary judgment and Daubert motions, must be filed no later than **February 19, 2018.** All parties are required to comply with the Discovery Procedure attached to this Order and all discovery (expert and non-expert) shall be completed by **January 22, 2018**. Expert disclosures shall be made no later than sixty (60) days before the discovery deadline. Rebuttal expert disclosures shall be made no later than thirty (30) days before the discovery deadline. Mediation shall be completed by **February 5,**

**2018**. The deadline to join additional parties or amend the pleadings is **August 10, 2017**. The failure to engage in discovery pending settlement negotiations shall not be grounds for continuance of the trial date.

All exhibits must be pre-marked, and a typewritten exhibit list setting forth the number and description of each exhibit must be submitted at the time of trial.  For a jury trial, counsel shall prepare and submit joint proposed jury instructions to the Court. The joint proposed jury instructions shall indicate any objections by either party to any instruction. For a non-jury trial, the parties shall prepare and submit to the Court proposed findings of fact and conclusions of law fully supported by the evidence which counsel expects the trial to develop and fully supported by citations to law.  The proposed jury instructions or the proposed findings of fact and conclusions of law shall be submitted to the Court no later than one week prior to the pretrial conference. **Counsel shall submit a copy of the joint proposed jury instructions or proposed findings of fact and conclusions of law as an attachment, in WordPerfect format, to O'Sullivan@flsd.uscourts.gov.**

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of April, 2017.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided:
All counsel on record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# DISCOVERY PROCEDURE FOR
# MAGISTRATE JUDGE JOHN J. O'SULLIVAN

The following discovery procedures apply to all civil **CONSENT** cases assigned to United States Magistrate Judge John J. O'Sullivan.

If parties are unable to resolve their discovery disputes without Court intervention, Magistrate Judge John J. O'Sullivan will set the matter for a hearing. Discovery disputes are generally set for hearings on Tuesdays and Thursdays in the 5th Floor Courtroom, United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge O'Sullivan's Chambers and placing the matter on the next available discovery calendar. Magistrate Judge O'Sullivan's telephone number is (305) 523-5920.

After a matter is placed on the discovery calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard and include a certification that the parties have complied with the pre-filing conference required by Southern District of Florida Local Rule 7.1(3). Generally, no more than ten (10) minutes per side will be permitted.

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless requested by Magistrate Judge O'Sullivan. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes and to confer in an attempt to resolve the discovery issue prior to setting the hearing. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.