UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-CV-20380-UU

LUIS ALBERTO MATOS PRADA and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
       Plaintiffs, )
vs. )
 )
CUBA TOBACCO CIGAR, CO. a/k/a )
TABACALERA LAS VILLAS CIGAR, CO., )
TABACALERA BELLO USA, CO., )
LA CASA DEL TABACO CO., )
LA CASA DE LA TROVA CO., )
LA ZORRA Y EL CUERVO INC., )
PEDRO D. BELLO, )
 )
       Defendants. )
_____ )

## NOTICE OF SETTLEMENT

The Plaintiff, by and through the undersigned, hereby notice the Court that the above-captioned matter has been settled as to all Parties pursuant to an amicable resolution among the Parties.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

    By:_s/ Neil Tobak, Esq. ___
       Neil Tobak, Esquire
       Florida Bar No.: 93940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/24/17 TO:**

**Orion G. Callison , III
Law Office of Alexis Gonzalez, P.A.
Suite 3E
3162 Commodore Plaza
Coconut Grove, FL 33133
305-223-9999
Fax: 305-223-1880
Email: orion@aglawpa.com**

**BY:__/s/____Neil Tobak_____
        NEIL TOBAK, ESQ.**