UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MIAMI

CASE NO. 1:17-cv-20380-JJO
[CONSENT CASE]

LUIS ALBERTO MATOS PRADA and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

-vs-

CUBA TOBACCO CIGAR, CO. a/k/a
TABACALERA LAS VILLAS CIGAR, CO.,
TABACALERA BELLO USA, CO.,
LA CASA DEL TABACO CO.,
LA CASA DE LA TROVA CO.,
LA ZORRA Y EL CUERVO INC.,
PEDRO D. BELLO,

Defendants.

_________________________________/

**ORDER APPROVING SETTLEMENT**
**AND DISMISSING ACTION WITH PREJUDICE**

**THIS MATTER** is before the Court upon the parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice in the above-styled case. The Court, having held a fairness hearing, considered the Joint Motion, reviewed the parties' Settlement Agreement, and being duly advised in the premises, it is therefore:

**ORDERED AND ADJUDGED** that said Joint Motion is hereby **GRANTED.** The Court finds that the terms of settlement on Plaintiff's FLSA claims are fair, reasonable and just under the circumstances. Accordingly, the Court approves all of the terms of settlement and dismisses the above-captioned action, in its entirety, as to all parties, with prejudice, the parties

to bear their own costs, fees, and expenses, except as set forth in the Settlement Agreement with respect to the payment of attorneys' fees and costs. The Court retains jurisdiction to enforce the terms of the parties' settlement, should such enforcement become necessary.

**DONE AND ORDERED** in Chambers, in Miami-Dade County, Florida this __2nd___ day of __June__, 2015.

**JOHN J. O'SULLIVAN**
**UNITED STATES MAGISTRATE JUDGE**

Copied provided to:

Counsel of Record